ORDERED.

**Dated:  July 14, 2017**

Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando DIVISION**

**CASE NO. 6:17-bk-02548-CCJ**
**Chapter 7**

IN RE:
**Colleen McCormack Charles,**

          **Debtor(s)**
                                                  /

## AMENDED ORDER DENYING MOTION FOR RECONSIDERATION

THIS CASE came on for hearing on July 11, 2017 on the Amended Motion for Reconsideration (Doc #13) filed by Arvind Mahendru ("Trustee"). The Court considered the record and finds:

1.     The Trustee filed an Amended Motion for Reconsideration ["Motion"] (Doc #13). Based on the foregoing it is

ORDERED as follows:

1.     The Motion is DENIED.

2.     JP Morgan Chase shall not set a foreclosure sale date for 3808 Arborvitae Way, Deland Florida for a period of ninety days from the entry of this Order.

3.      JP Morgan Chase shall give the Trustee a notification of the new foreclosure sale date as required by Florida law.


Trustee Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.